# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>Norma Alitza OLIVA Giron,<br><br>               Defendant. | Case No.:  20MJ4054<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 18, 2020, within the Southern District of California, Norma Alitza OLIVA Giron did knowingly and intentionally import 500 grams and more, to wit: approximately 9.82 kilograms (21.65 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                       _____<br>
                                                       Special Agent Vincenzo L. Zoni<br>
                                                       Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st day of September 2020.

                                                       *William V. Gallo*<br>
                                                       _____<br>
                                                       Honorable William V. Gallo<br>
                                                       United States Magistrate Judge

## STATEMENT OF FACTS

On September 18, 2020, at approximately 12:07 PM, Norma Alitza OLIVA Giron, ("OLIVA"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #10. OLIVA was the driver of a 2019 Hyundai Tuscon ("the vehicle") bearing California license plates and accompanied by her minor son.

An Anti-Terrorism and Contraband Enforcement Team (AT-CET) was conducting pre-primary operations when an AT-CET Customs and Border Protection Officer (CBPO) conducted an inspection of OLIVA. The CBPO noted that OLIVA's hands were shaking when she presented her identity documents. When asked, OLIVA stated that she was going to Signal Hill, California and provided two negative customs declarations.

During the inspection, the CBPO used a screwdriver to tap the fuel tank and noted that the fuel tank tapped solid; an indicator for contraband smuggling. The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the fuel tank of the vehicle.

A CBPO utilized a fiber optic scope to look in the fuel tank and discovered vacuum sealed packages inside.

1

A Canine Enforcement Team (CET) was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the driver-side undercarriage of the vehicle. The CET CBPO tapped the fuel tank and noted that it tapped solid.

Further inspection of the vehicle resulted in the discovery of 22 packages concealed in the fuel tank of the vehicle, with a total approximate weight of 9.82 kgs (21.65 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

OLIVA was placed under arrest at approximately 2:58 PM.

OLIVA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. OLIVA was served a Notice to Appear on October 1, 2020 at 2:00 PM.